1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

8

9

10

11

UNITED STATES OF AMERICA,

Plaintiff,

v.

ZASTAVA EZ40 PISTOL CALIBER: 40 SERIAL NO: 02305,

Defendant.

NO:  1:15-CV-3217-RMP

FINAL ORDER OF FORFEITURE

12

13     Plaintiff, United States of America, alleged in a Verified Complaint for

14 Forfeiture In Rem that the Defendant firearm is subject to forfeiture to the United

15 States pursuant to 18 U.S.C. § 924.  ECF No. 1.

16     The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345

17 and 1355.  Venue is proper pursuant to 28 U.S.C. § 1395.

18     The Defendant property being forfeited is described as follows:

19     -a Zastava EZ40 Pistol Caliber: 40 Serial No.:  02305, seized by
        the Bureau of Alcohol, Tobacco, Firearms and Explosives, on or
20      about July 28, 2015.

21

FINAL ORDER OF FORFEITURE ~ 1

On February 29, 2016, the United States Marshals Service executed the Warrant of Arrest In Rem.  The returned warrant was filed with the Court under the above cause number on March 1, 2016.  ECF No. 5.

In accordance with Fed. R. Civ. P. Rule G(4)(a)(iv)(C), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of civil forfeiture was posted on an official government website, www.forfeiture.gov, beginning March 2 through March 31, 2016.  ECF No. 8, 8-1 and 8-2.  Based upon the internet publication start date of March 2, 2016, the last date to file a timely claim, **if direct notice was not received**, was May 1, 2016.  To date, no claims have been received or filed pursuant to the internet posting.

Daniel Cabezas received notice, did not file a timely claim and his default was entered on September 14, 2016.  ECF No. 12.

It appearing to the Court that no timely claims have been made to the Defendant property, the Government's Motion for a Final Order of Forfeiture, **ECF No. 13**, is **GRANTED**, and **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the defendant property, a Zastava EZ40 Pistol Caliber: 40 Serial No.:  02305, seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives, on or about July 28, 2015, is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

FINAL ORDER OF FORFEITURE ~ 2

1    **IT IS FURTHER ORDERED** that the United States shall dispose of the

2    forfeited property in accordance with law.

3    The District Court Clerk is directed to enter this Order and provide copies to

4    counsel and CLOSE the file.

5    **DATED** this 16th day of September 2016.

6

7    _____*s/ Rosanna Malouf Peterson*_____
     ROSANNA MALOUF PETERSON

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21